COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-20-00161-CV |
|  | § |  |
| FABIOLA SANCHEZ, | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
| RELATOR. | § |  |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Jesus Rodriguez, Judge of the County Court at Law No. 5, El Paso County, Texas, and concludes that Relater's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 23RD DAY OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.